**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7454

JOSHUA MITCH JOHNSON,

Plaintiff - Appellant,

v.

GENE JOHNSON, Director of the Virginia Department of
Corrections; JOHN JABE, Deputy Director of the Virginia
Department of Corrections; GARY BASS, Chief of
Classification of the Virginia Department of Corrections;
DORIS L. EWING, former Senior Manager for Courts and Legal
Services for the Virginia Department of Corrections; WENDY
K. BROWN, Senior Manager for Courts and Legal Services for
the Virginia Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:09-cv-00207-gec-mfu)

Submitted:  November 17, 2009      Decided:  November 24, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Mitch Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Mitch Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Johnson, No. 7:09-cv-00207-gec-mfu (W.D. Va. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED